UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Kimberly English,

Debtor.

Case No.:      18-33147-ABA

Chapter:             13

Hearing Date:    12/17/2019

Judge:          Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled        ☐  Withdrawn

Matter:  Motion for Relief re: 310 High Street, Moorestown, NJ (Docket # 20)

_____

Date: 12/12/2019                    /s/ Denise Carlon
                                     Signature

*rev.8/1/15*