B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:  Kimberly J. English                                    Case No. 18-33147

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| KHEAA | Navient Solutions, LLC obo NJHEAA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

KHEAA
PO BOX 798
FRANKFORT KY 40602-0798

Court Claim # (if known): 3
Amount of Claim: $4,464.98
Date Claim Filed: 12/21/2018

Phone: 502-696-7309
Last Four Digits of Acct #: 4434

Phone: 609-584-4480
Last Four Digits of Acct. #: 4434

Name and Address where transferee payments should be sent (if different from above):

KHEAA
PO BOX 4270
FRANKFORT KY  40604-4270

Phone: N/A
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Miles F. Justice                                    Date:  05/13/2020
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.