UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Kimberly J. English

Case No.:    __18-33147 ABA__

Chapter:    __13__

Hearing Date:    _____

Judge:    _Andrew B. Altenburg_

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Creditor's Certification of Default filed on 11/9/2020, document number 31

_____

Date: 11/11/2020                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*