Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-33147 (ABA)**

Kimberly J. English  
310 High Street  
Moorestown, NJ  08057

Monthly Payment: $330.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2020 | $330.00 | 02/27/2020 | $330.00 | 04/06/2020 | $330.00 | 05/14/2020 | $330.00 |
| 06/22/2020 | $330.00 | 08/05/2020 | $330.00 | 08/25/2020 | $330.00 | 09/11/2020 | $330.00 |
| 10/13/2020 | $330.00 | 11/17/2020 | $330.00 | 12/14/2020 | $330.00 | 12/28/2020 | $330.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KIMBERLY J. ENGLISH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $3,232.64 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL | 33 | $4,757.72 | $0.00 | $4,757.72 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $2,314.42 | $0.00 | $2,314.42 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $1,117.02 | $0.00 | $1,117.02 | $0.00 |
| 6 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $119,641.64 | $0.00 | $119,641.64 | $0.00 |
| 8 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | GEICO INDEMNITY COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | I C SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $21.85 | $0.00 | $21.85 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $11,931.02 | $1,180.37 | $10,750.65 | $0.00 |
| 13 | MIDLAND FUNDING, LLC | 33 | $1,149.32 | $0.00 | $1,149.32 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MINUTECLINIC OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NAVIENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SALLIE MAE BANK | 33 | $21,308.54 | $0.00 | $21,308.54 | $0.00 |
| 19 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | AMERICAN INFOSOURCE, LP | 33 | $1,953.91 | $0.00 | $1,953.91 | $0.00 |
| 22 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Robert Manchel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | CAPITAL ONE BANK USA, N.A. | 33 | $698.59 | $0.00 | $698.59 | $0.00 |
| 25 | DEPT OF EDUCATION/NELN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | DEPT OF EDUCATION/NELN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | DEPT OF EDUCATION/NELN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPT OF EDUCATION/NELN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | DEPT OF EDUCATION/NELN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | KHEAA | 33 | $4,464.98 | $0.00 | $4,464.98 | $0.00 |
| 31 | DEPT OF EDUCATION/NELN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | LVNV FUNDING, LLC | 33 | $969.11 | $0.00 | $969.11 | $0.00 |
| 33 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2018 | 13.00 | $320.00 |
| 01/01/2020 | 47.00 | $330.00 |
| 12/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,960.00 |
| Total paid to creditors this period: | $3,232.64 |
| Undistributed Funds on Hand: | $604.56 |
| Arrearages: | $0.00 |
| Attorney: | ROBERT MANCHEL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**