UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

In Re:

KIMBERLY J. ENGLISH

**Order Filed on January 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      18-33147ABA

Chapter:      13

Judge:      Andrew B. Altenburg Jr.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Robert Manchel, Esquire _____, the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $ _____ 400.00 _____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❑    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 369.00 _____ per month for _____ 22 _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*