| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Robert Manchel<br>Executive Center of Greentree<br>One Eves Drive, Suite 111<br>Marlton, NJ  08053<br>(856) 797-1500<br>Robert Manchel<br>RM 1141<br>Attorney for Debtor(s) | |
| In Re:<br><br>KIMBERLY J. ENGLISH | |

**Order Filed on January 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 18-33147ABA |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ ____400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400.00____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____369.00____ per month for ____22____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 18-33147-ABA
Kimberly J. English                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                          Page 1 of 2
Date Rcvd: Jan 12, 2022          Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly J. English, 310 High Street, Moorestown, NJ 08057-3508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Kimberly J. English manchellaw@yahoo.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7