| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Law Offices of Robert Manchel | |
| Executive Center of Greentree | |
| One Eves Drive, Suite 111 | |
| Marlton, NJ  08053 | |
| (856) 797-1500 | Order Filed on May 13, 2022 |
| Robert Manchel | by Clerk |
| RM 1141 | U.S. Bankruptcy Court |
| Attorney for Debtor(s) | District of New Jersey |

In Re:

KIMBERLY J. ENGLISH

Case No.: 18-33147ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $____400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400.00____. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____394.00____ per month for ____18____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*