# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>MidFirst Bank | CASE NO. 18-33147 ABA<br>CHAPTER 13<br>Judge: Andrew B. Altenburg Jr. |

In re:

Kimberly J. English

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/11/2014

I, __Leah Pattison__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on August 21, 2014 in Burlington County, in Book 13137, at Page 7049.

Property Address: 310 High Street, Moorestown NJ 08057.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Kimberly J. English

POST-PETITION PAYMENTS (Petition filed on November 26, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 05/12/2022 | | | $96.83 |
| $1,987.91 | 05/01/2022 | 05/2022 | $2,000.00 | 06/01/2022 | $108.92 |
| $1,987.91 | 06/01/2022 | 06/2022 | $2,000.00 | 07/06/2022 | $121.01 |
| $1,987.91 | 07/01/2022 | 07/2022 | $4,000.00 | 08/12/2022 | $2,133.10 |
| $1,987.91 | 08/01/2022 | 08/2022 | From Suspense | 09/21/2022 | $145.19 |
| | | To Suspense | $4,000.00 | 11/01/2022 | $4,145.19 |
| $1,987.91 | 09/01/2022 | 09/2022 | From Suspense | 11/02/2022 | $2,157.28 |
| $1,987.91 | 10/01/2022 | 10/2022 | From Suspense | 11/02/2022 | $169.37 |
| $1,987.91 | 11/01/2022 | 11/2022 | $2,000.00 | 12/07/2022 | $181.46 |
| | | To Suspense | $3,000.00 | 01/25/2022 | $3,181.46 |
| $1,987.91 | 12/01/2022 | 12/2022 | From Suspense | 01/27/2022 | $1,193.55 |
| $1,987.91 | 01/01/2023 | | $0.00 | | $1,193.55 |
| $1,987.91 | 02/01/2023 | | $0.00 | | $1,193.55 |
| $1,987.91 | 03/01/2023 | | $0.00 | | $1,193.55 |
| Total Due: $21,867.01 | | Total Received: $17,000.00 | | Arrears: $4,770.18 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,987.91
Arrears: $4,770.18

Each current monthly payment is comprised of:
    Principal & Interest:    $978.69
    R.E. Taxes:    $
    Insurance:    $
    Other:    $1,009.22    (Specify: Escrow)
    TOTAL    $1,987.91

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC filed 3/4/2020 and effective 4/1/2020
NOPC filed 3/5/2021 and effective 4/1/2021
NOPC filed 3/1/2022 and effective 4/1/2022

PRE-PETITION ARREARS: $11,931.02

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 03-16-2023

Signature

Leah Pattison    Vice President