| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053<br>Attorney for Debtor<br>RM-1141 |
| In Re:<br><br>Kimberly J. English |

Case No. 18-33147ABA

Judge:

Chapter 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

    **X**    **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

          **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. \_\_\_\_ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____, at 10:00 a.m.

                      OR

    \_\_\_\_ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at \_\_\_\_\_ a.m.

                      OR

    __X__ Certification of Default filed by <u>Midfirst Bank</u>, creditor. I am requesting that a hearing be scheduled on this matter.

                      OR

    \_\_\_\_\_ Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2.    I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

                     OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

                     OR

**X** Other: It is my understanding that I cured all post filing mortgage arrears. I respectfully request that the movant's motion be denied so that I may continue and complete my bankruptcy plan.

3.    This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.    I certify under penalty of perjury that the foregoing is true and correct.

Date:   3/24/23                          /s/ Kimberly J. English
                                               Kimberly J. English, debtor