Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33147−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly J. English
   310 High Street
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−4434

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date: April 18, 2023
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*67* − Response to (related document:66 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 310 High Street, Moorestown, NJ. 08057. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 34 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 38 Order (Generic), 52 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/31/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert Manchel on behalf of Kimberly J. English. (Manchel, Robert)

and transact such other business as may properly come before the meeting.


Dated: March 27, 2023
JAN: lgr

                        Jeanne Naughton
                        Clerk