Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33147−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly J. English
   310 High Street
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−4434

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 15, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly J. English  
    Debtor

Case No. 18-33147-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 16, 2024      Form ID: cscnodsc      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly J. English, 310 High Street, Moorestown, NJ 08057-3508 |
| 517932734 | + | MidFirst Bank, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517932732 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517889088 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517958617 | | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2024 21:10:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 517886369 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2024 21:10:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517886370 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 21:24:09 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517965350 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 21:24:46 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517886372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 21:24:18 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517886373 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 21:11:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 517886374 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2024 21:24:13 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517886375 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 16 2024 21:12:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora, CO 80014-2904 |
| 517886376 | ^ | MEBN | Apr 16 2024 21:11:46 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517886377 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 16 2024 21:12:00 | Geico Indemnity Company, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 517886378 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 16 2024 21:11:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517886379 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2024 21:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 18-33147-ABA   Doc 83   Filed 04/18/24   Entered 04/19/24 00:24:11   Desc Imaged
                          Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: cscnodsc | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517886371 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 21:46:34 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518834178 | | Email/Text: legaldivision@kheaa.com | Apr 16 2024 21:11:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518834179 | | Email/Text: legaldivision@kheaa.com | Apr 16 2024 21:11:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517994687 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 21:24:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517886380 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 16 2024 21:11:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517962604 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2024 21:12:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517980683 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 16 2024 21:24:51 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517886381 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2024 21:12:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517886382 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 16 2024 21:24:48 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517886383 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 16 2024 21:12:00 | Minuteclinic of New Jersey, c/o Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 517886384 | + | Email/PDF: pa_dc_claims@navient.com | Apr 16 2024 21:44:38 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517886385 | | Email/Text: signed.order@pfwattorneys.com | Apr 16 2024 21:10:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517989282 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 21:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517886386 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 16 2024 21:12:00 | Sallie Mae, Po Box 3229, Wilmington, DE 19804-0229 |
| 517966409 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 16 2024 21:12:00 | Sallie Mae,, P.O Box 3319,, Wilmington, DE 19804-4319 |
| 517918795 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 16 2024 21:12:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517886387 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 16 2024 21:24:59 | U.S. Department of Housing and Urban Dev, 451 7th St., S.W., Washington, DC 20410-0002 |
| 517989366 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 21:44:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517886388 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2024 21:10:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518005404 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City,OK 73118-6051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 16, 2024 | Form ID: cscnodsc | Total Noticed: 37

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Manchel | on behalf of Debtor Kimberly J. English manchellaw@yahoo.com  manchel.robertb132225@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7